UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ELLEN M. BRONSON, | Case No. 3:16-cv-00319-LRH-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration, | |
| Defendant. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 19) entered on July 12, 2017, recommending granting in part Plaintiff's Motion for Reversal and Remand (ECF No. 13) entered on September 23, 2016, and denying Defendant's Cross-Motion to Affirm (ECF No. 14) entered on October 21, 2016. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 19) entered on July 12, 2017, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 19) entered on July 12, 2017, is **adopted and accepted**, and Plaintiff's Motion for Reversal and Remand (ECF 13) is **GRANTED IN PART** in accordance with the Report and Recommendation (ECF No. 19).

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF No. 14) is **DENIED**.

IT IS FURTHER ORDERED that this matter is **REMANDED** for further development consistent with the Magistrate Judge's Report and Recommendation (ECF No. 19)

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 8th day of August, 2017.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE