# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ELLEN M. BRONSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00319-LRH-WGC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal and Remand (ECF 13) is GRANTED IN PART in accordance with the Report and Recommendation (ECF No. 19). This matter is REMANDED for further development consistent with the Magistrate Judge's Report and Recommendation.

August 9, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk